1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTON NUNEZ, | Case No. 1:13-cv-01861 DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |
| v. | |
| B. KEARNES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 16, 2013.  The action was transferred to this Court on November 18, 2013.  Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and

1

1 signed.  No requests for extension will be granted without a showing of good cause.  Failure to
2 comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

    Dated:    **November 21, 2013**          /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE