# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTON NUNEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>B. KEARNES, et al.,<br><br>       Defendants. | Case No. 1:13-cv-01861 DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

   Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 16, 2013. The action was transferred to this Court on November 18, 2013. Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

   Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and

1

1 signed.  No requests for extension will be granted without a showing of good cause.  Failure to
2 comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 21, 2013**              /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE